**SHA-1 Hash:** EE7B1E84B6FD741359D99A0397DF043842BAB4D7  **Title:** Cuties 2
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 74.235.36.18 | 5/19/2011 16:47 | Charlotte | NC | BellSouth.net | BitTorrent |
| 2 | 74.245.44.25 | 6/22/2011 3:49 | Charlotte | NC | BellSouth.net | BitTorrent |
| 3 | 74.250.181.12 | 5/28/2011 12:29 | Clyde | NC | BellSouth.net | BitTorrent |
| 4 | 24.158.32.158 | 5/19/2011 10:59 | Morganton | NC | Charter Communications | BitTorrent |
| 5 | 68.115.154.12 | 5/31/2011 5:59 | Morganton | NC | Charter Communications | BitTorrent |
| 6 | 71.14.115.193 | 5/29/2011 0:54 | Newton | NC | Charter Communications | BitTorrent |
| 7 | 71.14.124.36 | 5/26/2011 3:10 | Boone | NC | Charter Communications | BitTorrent |
| 8 | 71.82.36.95 | 6/18/2011 13:22 | Morganton | NC | Charter Communications | BitTorrent |
| 9 | 75.130.129.119 | 6/6/2011 17:05 | Denver | NC | Charter Communications | BitTorrent |
| 10 | 96.36.82.66 | 5/20/2011 20:15 | Asheville | NC | Charter Communications | BitTorrent |
| 11 | 24.246.167.195 | 5/24/2011 5:03 | Franklin | NC | Morris Broadband | BitTorrent |
| 12 | 174.110.157.61 | 5/31/2011 3:15 | Charlotte | NC | Road Runner | BitTorrent |
| 13 | 174.96.62.87 | 6/11/2011 10:44 | Charlotte | NC | Road Runner | BitTorrent |
| 14 | 174.96.86.36 | 5/26/2011 23:07 | Monroe | NC | Road Runner | BitTorrent |
| 15 | 24.74.100.163 | 5/23/2011 19:01 | Albemarle | NC | Road Runner | BitTorrent |
| 16 | 24.74.27.246 | 6/25/2011 2:59 | Shelby | NC | Road Runner | BitTorrent |
| 17 | 24.74.81.47 | 5/30/2011 21:55 | Salisbury | NC | Road Runner | BitTorrent |
| 18 | 71.71.193.54 | 5/30/2011 21:44 | Mount Holly | NC | Road Runner | BitTorrent |
| 19 | 71.71.196.250 | 5/21/2011 15:21 | Mount Holly | NC | Road Runner | BitTorrent |
| 20 | 71.75.191.95 | 6/6/2011 3:42 | Charlotte | NC | Road Runner | BitTorrent |
| 21 | 71.75.212.133 | 5/25/2011 4:26 | Charlotte | NC | Road Runner | BitTorrent |

EXHIBIT 1

WNC1

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 75.176.102.87 | 7/15/2011 22:37 | Gastonia | NC | Road Runner | BitTorrent |
| 23 | 75.181.60.57 | 6/5/2011 22:26 | Gastonia | NC | Road Runner | BitTorrent |
| 24 | 166.82.169.138 | 6/14/2011 4:39 | Harrisburg | NC | Windstream Communications | BitTorrent |
| 25 | 67.140.38.96 | 6/15/2011 5:41 | Kannapolis | NC | Windstream Communications | BitTorrent |
| 26 | 98.17.78.251 | 5/27/2011 4:22 | Mooresville | NC | Windstream Communications | BitTorrent |

EXHIBIT 1