**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| PATRICK COLLINS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-26, <br><br> Defendants. | Case No. 3:11-cv-00394-FDW-DSC |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH
<u>PREJUDICE OF DOE 9 ONLY</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 9. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 9 from this action <u>with prejudice</u>. John Doe 9 was assigned the IP Address 75.130.129.119. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 9 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 1, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

*/s/ James C. White*_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
 (919) 313-4636
(919) 246-9113 fax
jimwhite@jcwhitelaw.com

ATTORNEY FOR PLAINTIFF

1

Case 3:11-cv-00394-FDW-DSC   Document 17   Filed 11/01/11   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that I have served this **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 9 Only** with the Clerk of Court using the CM/ECF filing system and by first class mail addressed to the parties below:

Charles Haden
115 Centre Court Road
Charleston, WV 25314

Dated: November 1, 2011.

        LAW OFFICE OF JAMES C. WHITE, P.C.

        /s/ *James C. White*_____
        James C. White
        N.C. Bar # 31859
        P.O. Box 16103
        Chapel Hill, NC 27516
        (919) 313-4636
        (919) 246-9113 fax
        jimwhite@jcwhitelaw.com

        ATTORNEY FOR PLAINTIFF

2

Case 3:11-cv-00394-FDW-DSC   Document 17   Filed 11/01/11   Page 2 of 2