## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

PATRICK COLLINS INC.,

                Plaintiff,

v.

JOHN DOES 1-26,

                Defendants.

Case No. 3:11-cv-00394-FDW-DSC

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF  DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4. Pursuant to the settlement agreement's terms to which John Doe 4 still has executory obligations, Plaintiff hereby voluntary dismisses Doe Defendant 4 from this action without prejudice.  John Doe 4 was assigned the IP Address 24.158.32.158.  For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 1, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

*/s/ James C. White*_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com

ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served this **Plaintiff's Notice of Settlement and Voluntary**

**Dismissal Without Prejudice of Doe 4 Only** with the Clerk of Court using the CM/ECF filing

system and by first class mail addressed to the parties below:


Charles Haden
115 Centre Court Road
Charleston, WV 25314



Dated: November 1, 2011.


LAW OFFICE OF JAMES C. WHITE, P.C.


/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
(919) 313-4636
(919) 246-9113 fax
jimwhite@jcwhitelaw.com


ATTORNEY FOR PLAINTIFF

2