IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-cv-00394-FDW-DSC

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-26,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS

**THIS CAUSE** having come before the Court upon Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants, and the Court having reviewed said Motion, does hereby,

**ORDER AND ADJUDGE**: Plaintiff shall have until January 12, 2012, to effectuate service upon each Doe Defendant.

**SO ORDERED**.

Signed: December 14, 2011

_____
David S. Cayer
United States Magistrate Judge