**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| PATRICK COLLINS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-26, <br><br> Defendants. | Case No. 3:11-cv-00394-FDW-DSC |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH
<u>PREJUDICE OF DOES 14 AND 20 ONLY</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 14 and 20 ("Defendants"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Doe Defendants 14 and 20 from this action <u>with prejudice</u>. John Does 14 and 20 were assigned the IP Addresses 174.96.86.36 and 71.75.191.95. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 19, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

*/s/ James C. White*
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

       I hereby certify that on December 19, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *James White*

## Service List

1. Charles Haden
   115 Centre Court Rd.
   Charleston, SC  25314