## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

PATRICK COLLINS INC.,

               Plaintiff,

v.

JOHN DOES 1-26,

               Defendants.

Case No. 3:11-cv-00394-FDW-DSC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
## DOES 1, 2, 5, 6, 7, 8, 10, 11, 12, 13, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25 AND 26 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Doe Defendants 1, 2, 5, 6, 7, 8, 10, 11, 12, 13, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25 and 26 from this action without prejudice who were assigned the IP Addresses 74.235.36.18, 74.245.44.25, 68.115.154.12, 71.14.115.193, 71.14.124.36, 71.82.36.95, 96.36.82.66, 24.246.167.195, 174.110.157.61, 174.96.62.87, 24.74.100.163, 24.74.27.246, 24.74.81.47, 71.71.193.54, 71.71.196.250, 71.75.212.133, 75.176.102.87, 75.181.60.57, 166.82.169.138, 67.140.38.96 and 98.17.78.251. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Respectfully submitted,


LAW OFFICE OF JAMES C. WHITE, P.C.

*/s/ James C. White*
James C. White
N.C. Bar # 31859
4819 Emperor Blvd., Suite 400
Durham, NC 27703
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ James White*

2