UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PATRICK COLLINS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES BEERS, <br><br> Defendants. | Case No. 3:11-cv-00394-FDW-DSC |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, JAMES BEERS

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, James Beers. Plaintiff hereby voluntary dismisses Defendant, James Beers from this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)Defendant, James Beers has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: February 2, 2012

LAW OFFICE OF JAMES C. WHITE, P.C.

*/s/ James C. White*
James C. White
N.C. Bar # 31859
4819 Emperor Blvd., Suite 400
Durham, NC 27703
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *James C. White*